```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 06 B 17050
    JOHNNIE M HOLLINS
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-0136

------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 12/22/2006 and was confirmed 03/07/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was paid in full 05/07/2008.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------------
MIDLAND MORTGAGE         CURRENT MORTG          .00            .00            .00
CAPITAL ONE              UNSECURED           690.65            .00         690.65
SEARS                    UNSECURED        NOT FILED            .00            .00
NICOLE LAWSON            DEBTOR ATTY       1,274.00                       1,274.00
TOM VAUGHN               TRUSTEE                                            140.75
DEBTOR REFUND            REFUND                                              54.60

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                   RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE            2,160.00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                       690.65
ADMINISTRATIVE                                1,274.00
TRUSTEE COMPENSATION                            140.75
DEBTOR REFUND                                    54.60
                   ---------------      ---------------
TOTALS             2,160.00                   2,160.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
    Dated: 07/29/08           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```